UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN Q. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-CV-24-HEA |
| | ) | |
| GARY CAMPBELL, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER OF PARTIAL CLAIM DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's 42 U.S.C. §§ 1981 and 1985(3) claims are **DISMISSED**, without prejudice. See 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 6th day of April, 2012.

_____
**UNITED STATES DISTRICT JUDGE**